**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7799**

———————

PHILLIP ALVIN JONES,

                    Petitioner - Appellant,

          v.

JAMES  V.  PEGUESE,  Warden/Designee;  ATTORNEY  GENERAL  OF
MARYLAND,

                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland,  at  Baltimore.    J.  Frederick  Motz,  Senior  District
Judge.  (1:12-cv-02337-JFM)

———————

Submitted:  February 27, 2014          Decided:  March 5, 2014

———————

Before NIEMEYER, KING, and AGEE, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Phillip  Alvin  Jones,  Appellant  Pro  Se.    Edward  John  Kelley,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Alvin Jones seeks to appeal the district court's order dismissing his two motions seeking reconsideration of the order denying as untimely his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Jones has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED